FILED

02/24/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0643

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0643

STATE OF MONTANA,

 Plaintiff and Appellee,

v.

JENNIFER RENEE SKAW,

 Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including April 3, 2023, within which to prepare, serve, and file its response brief.

KFS

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 24 2023